In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-02-327 CR


____________________



ANTONIO JOSEPH WILLIAMS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 83442






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Antonio Joseph Williams,
to withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally and filed by his attorney of record, Bruce N. Smith. No opinion has
issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED. 

 

 PER CURIAM


Opinion Delivered September 25, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.